**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MOHAMMED AL-ADAHI**, <u>et</u> <u>al.</u>, | : |
| | : |
| **Petitioners**, | : |
| | : |
| v. | :     **Civil Action No. 05-280 (GK)** |
| | : |
| **BARACK H. OBAMA**, <u>et</u> <u>al.</u>, | : |
| | : |
| **Respondents**. | : |
| | : |

## ORDER

A Status Conference was held in this case on December 15, 2009, which took place on the record and via telephone, in response to Petitioners' Motion for Order to Set Schedule for Testimony at Habeas Hearing and Request for Order to Videotape Petitioners' Testimony [Dkt. No. 512]. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that the Merits Hearing for Petitioners Al-Nadhi and Al-Assani are scheduled for **January 4-8, 2010.** If time permits, the Merits Hearing for Petitioner Bawazir will also be held on those days and, in the event that the hearing must extend beyond January 8, all counsel and the Court will keep open the possibility of continuing the Hearing on January 12, 2010; and it is further

**ORDERED**, that the schedule for the Merits Hearing will be as follows: Petitioner Al-Nadhi's case will be heard first, Petitioner Al-Assani's case will be heard second, and, if possible, Petitioner Bawazir's case will be heard last; and it is further

**ORDERED**, that if and when any Petitioner testifies, a transcript shall be prepared immediately and shall be reviewed and redacted by the appropriate agency within a 24 hour period; and it is further

**ORDERED**, that the Government, through the appropriate agency, videotape any testimony given by Petitioners, and maintain copies of the complete testimony as given, as well as a redacted version of that testimony. Counsel for the Government shall consult with the Department of Defense and any other agencies as necessary to ensure this requirement is met.

|                         | /s/                             |
| ----------------------- | ------------------------------- |
| December 15, 2009       | Gladys Kessler                  |
|                         | United States District Judge    |

Copies to:  Attorneys of Record via ECF